**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

## ORDER DISMISSING APPEAL

RE:    Michael Shanley vs. William J. Leberman

CIVIL ACTION NO.: 5:09-CV-257

Upon the Certification of the Clerk of the Bankruptcy Court, which Certification is attached hereto, that the Appellant has failed to file with said Clerk a designation of the items to be included in the record on appeal and a statement of the issues to be presented, all in accordance with Federal Rule of Bankruptcy Procedure 8002(a)  and 8006, and the time for filing said designation and statement having expired, not, therefore, it is,

**ORDERED**, that the within appeal be and hereby is dismissed unless the Appellant within 30 days of the date of this Order fully complies/comply with Federal Rule of Bankruptcy Procedure 8006.

Dated At Syracuse, New York.

This 10th day of March, 2009

_____
Norman A. Mordue
Chief United States District Court Judge