# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**P. MICHAEL SHANLEY**

    vs.                    **CASE NUMBER: 5:09-CV-257 (NAM)**

**WILLIAM J. LEBERMAN**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Bankruptcy Appeal from the January 30, 2009 Order of United States Bankruptcy Judge Margaret Cangelos-Ruiz, In re: Kathleen C. Cox, Bankruptcy Case No. 07-32637, is DENIED and DISMISSED.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 12th day of May, 2009.

DATED: May 14, 2009

                                                    Clerk of Court

                                                    s/

                                                    Joanne Bleskoski
                                                    Deputy Clerk